**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Edmond M. George, Esquire (EG-7810)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Woodland Falls Corporate Park
200 Lake Drive East, Suite 110
Cherry Hill, NJ 08002-1171
(856) 795-3300**

*Proposed Attorneys to Debtor*

| In Re: | Chapter 11 |
|---|---|
| MASSIMO'S CAFE, LLC, | Case No. |
| Debtor. | |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Edmond M. George, being of full age, certify as follows:

1. I am seeking authorization to be retained general counsel to Applicant.

2. My professional credentials include: I am duly admitted to practice in the United States District Court for the District of New Jersey, Eastern District of Pennsylvania, Middle District of Pennsylvania, the State of New Jersey, the Commonwealth of Pennsylvania, and the District of Columbia.

3. I am a member of or associated with the firm of: Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer"), Woodland Falls Corporate Park, 200 Lake Drive East, Suite 110, Cherry Hill, New Jersey 08002.

4. The proposed arrangement for compensation, including hourly rates, if applicable is as follows:

        Partners:       $450.00
        Associates:    $400.00 - $350.00
        Paralegals:    $100.00

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☒ None

   ☐ Describe connection

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☒ None

   ☐ Describe Connection

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

   ☒ do not hold an adverse interest to the estate.

   ☒ do not represent an adverse interest to the estate.

   ☒ are disinterested under 11 U.S.C. § 101(14).

   ☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

   ☐ Other. Explain: _____
   _____
   _____

8. If the professional is an auctioneer,

   a. A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

      ☐ Yes    ☐ No

b. My qualifications and previous experience as an auctioneer include: criminal offense, other than motor vehicle violations?

_____
_____
_____

c. Have you or any member of your firm ever been convicted of any criminal offense, other than motor vehicle violations?
☐ Yes   ☐ No

If yes, explain: _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

_____
_____
_____

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: June 14, 2017         */s/ Edmond M. George*
                            Signature of Professional

                            Edmond M. George
                            Name of Professional