| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Edmond M. George, Esquire**<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>**Woodland Falls Corporate Park**<br>**200 Lake Drive East, Suite 110**<br>**Cherry Hill, NJ   08002-1171**<br>**(856) 795-3300**<br>*Proposed Attorneys to Debtor* | |
| In Re:<br><br>MASSIMO'S CAFE, LLC,<br><br>                                    Debtor. | Chapter 11<br><br>Case No. |

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER AUTHORIZING RETENTION OF
# OBERMAYER REBMANN MAXWELL & HIPPEL LLP

The relief set forth on the following pages is hereby **ORDERED.**

Upon the Applicant's request for authorization to retain Obermayer Rebmann Maxwell & Hippel LLP as Counsel, it is hereby ORDERED:

1. The Applicant is authorized to retain the above party in the professional capacity noted.

Address of Professional: <u>Woodland Falls Corporate Park</u>
<u>200 Lake Drive East, Suite 110</u>
<u>Cherry Hill, NJ 08002-1171</u>

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore, and under any administrative procedures order.

3. The effective date of the retention is the date the application was filed with the Court.