| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br> **Edmond M. George, Esquire (EG-7810)** <br> **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** <br> **Woodland Falls Corporate Park** <br> **200 Lake Drive East, Suite 110** <br> **Cherry Hill, NJ  08002-1171** <br> **(856) 795-3300** <br> *Proposed Attorneys to Debtor* |
| In Re: <br><br> MASSIMO'S CAFE, LLC, <br><br> Debtor. |

Chapter 11

Case No.

## CERTIFICATION OF SERVICE

1. I, <u>Edmond M. George</u>:

   ☒ represent the <u>Debtor</u> in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the

   _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>June 14, 2017</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Application for Retention of Professional, Proposed Order, and Certification of Professional in Support of Application of Retention of Professional

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Dated: <u>June 14, 2017</u>         /s/ *Edmond M. George*
                                                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5235<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |