**Fill in this information to identify the case:**

Debtor name     **Massimo's Cafe, LLC**

United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY

Case number (if known)     **17-22139**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

### Part 1:    Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................   $     **690,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................   $     **175,500.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................   $     **865,500.00**

### Part 2:    Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     **960,000.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................   +$     **68,940.76**

4.   Total liabilities ................................................................................................................
    Lines 2 + 3a + 3b      $     **1,028,940.76**

**Fill in this information to identify the case:**

Debtor name **Massimo's Cafe, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **17-22139**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

    3.1.  Santandar Bank          Checking Account          $43,000.00

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**          $43,000.00
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

     11a. 90 days old or less:          6,000.00          -          0.00          = ....          $6,000.00
                                        face amount                doubtful or uncollectible accounts

| Debtor | **Massimo's Cafe, LLC** | Case number *(If known)* **17-22139** |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | | | | **$6,000.00** |
|---|---|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | | | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Burglar Alarm | $0.00 | Estimated FMV | $1,000.00 |
| Two 30 inch flat screen tv's | $0.00 | Estimated FMV | $400.00 |
| Sound System with 6 Disk CD Changer | $0.00 | Estimated FMV | $100.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
|---|---|---|---|

| 43. | **Total of Part 7.** | **$1,500.00** |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Massimo's Cafe, LLC** | Case number *(If known)* **17-22139** |
|---|---|---|
| | Name | |

☐ Yes

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>See Attached Schedule (leased to tenant)** | $0.00 | Market Value | $125,000.00 |

**51.    Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | $125,000.00 |
|---|---|

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.    **1633 Hamilton<br>Avenue<br>Trenton, NJ** | Fee simple | Unknown | Market Value | $690,000.00 |

**56.    Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

| | $690,000.00 |
|---|---|

## Pizza Plaza Equipment List

1. Pizza Baymarie 3 Door with Granite Counter Top
2. 2 Deep Fryer
3. Hobart 80qt Dough Mixer
4. Vulcan 4 Burner 2 Oven with Griddle
5. Vulcan 6 Burner 2 Oven with Char Broiler
6. Char Broiler
7. Low Temp Hobart Dishwasher
8. 3 Bay Stainless Steel Sink
9. 2 6ft Stainless Steel Work Tables
10. Mattawan Ice Machine with Bin
11. 6ft Pasta 2 Door Baymarie
12. 5ft Salad 2 Door Baymarie
13. 4 Hobart Stackable Brick Pizza Ovens
14. 16 Pizza Booths
15. 8 36 x 36 Black Steel Outdoor Tables
16. 32 Black Steel Outdoor Chairs
17. Avaya Phone System
18. 180 Can Steel Rack
19. 2 6ft Stainless Steel Shelving
20. Polar Bear Walk in Refrigerator and Freezer
21. Coca Cola Dispenser with Ice Bin
22. 2 Bay Stainless Sink
23. Single Stainless Sink
24. 10 Foot Exhaust Hood and Ansell System
25. Stainless Steel Hanging Lights
26. 5 Bronze Hanging Lights
27. All Landscaping ( Bushes, Trees, Shrubs, Plants)
28. Open Electric Sign X 2
29. 1 Mounted Air Conditioner Unit
30. 3 Stainless Steel Brick Oven Peels
31. 1 3ft Food Warmer
32. Microwave
33. 10 Shelving Units for Walk-In Box and Freezer
34. 4 ft. Chest Freezer
35. Cash Register
36. Coca-Cola single door refrigerator
37. Coca-Cola double door refrigerator
38. Glass display for counter top
39. 3 Bay food displayer warmer

| Debtor | **Massimo's Cafe, LLC** | | Case number *(If known)* | **17-22139** |
|---|---|---|---|---|
| | Name | | | |

Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ■ Yes

**Part 10:**  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:**  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   **Potential Claims against Greenwhich Investors XLVIII REO, LLC.**                                                          Unknown

   | Nature of claim | Breach of Loan Agreements |
   |---|---|
   | Amount requested | $0.00 |

   **Potential Claims against Hovatter, Freidman & Stofman, P.C.**                                                          Unknown

   | Nature of claim | Malpractice Claim |
   |---|---|
   | Amount requested | $0.00 |

   **Potential Claims against Carlos Costa.**                                                          Unknown

   | Nature of claim | Breach of Lease |
   |---|---|
   | Amount requested | $0.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Massimo's Cafe, LLC** | Case number *(If known)* | **17-22139** |
|---|---|---|---|
| | Name | | |

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | $0.00 |
|---|---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Massimo's Cafe, LLC** | | Case number *(If known)* **17-22139** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 12:**</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $43,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $125,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $690,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $175,500.00 | + 91b. $690,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $865,500.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Massimo's Cafe, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **17-22139**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Greenwich Investors XLVIII REO, LLC** | | |
|---|---|---|---|

Creditor's Name

**c/o WMD Asset Management LLC
814 AIA N. Suite 101
Ponte Vedra Beach, FL 32082**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**1633 Hamilton Avenue
Trenton, NJ**

Amount of claim: **$960,000.00**
Value of collateral: **$690,000.00**

Describe the lien
**First Mortgage/Judgment Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**September 29, 2006**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$960,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D           Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 1

**Fill in this information to identify the case:**

Debtor name __**Massimo's Cafe, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) __**17-22139**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |

| | |
|---|---|
| **State of New Jersey**<br>**Department of the Treasury**<br>**Trenton Ivnest - A**<br>**P.O. Box 285**<br>**Trenton, NJ 08695** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $0.00 | $0.00 |

| | |
|---|---|
| **Township of Hamilton**<br>**Division of Revenue Collection**<br>**2090 Greenwood Avenue**<br>**Trenton, NJ 08609** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | |

### Part 2:      List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Massimo's Cafe, LLC** | Case number (if known) | **17-22139** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,000.00**

**Carlos A. Costa**
**8 Mount Drive**
**Millstone Township, NJ 08535**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Tenant__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,147.57**

**Climatic LLC**
**736 Whitehall Road**
**Newfield, NJ 08344**

Date(s) debt was incurred  __1/27/17__
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Dominick Mazzella**
**111 Albermarie Road**
**Trenton, NJ 08690**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guarantor on Loan__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Hovatter, Freidman & Stofman, P.C.**
**10 Melrose Avenue, Suite 450**
**Cherry Hill, NJ 08003**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,318.19**

**IRS**
**P.O. Box 7346**
**Philadelphia, PA 19101**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Taxes__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Massimo Mazzella**
**180 Westcott Avenue**
**Trenton, NJ 08609**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guarantor on Loan__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**MOCM, LLC**
**1540 Kuser Road, Suite A-4**
**Mercerville, NJ 08619**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guarantor on Loan__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Massimo's Cafe, LLC** | Case number (if known) | **17-22139** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Salvatore Mazzella**
1540 Kuser Road, Suite A-4
Mercerville, NJ 08619

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guarantor on Loan

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,475.00 |
|---|---|---|---|

**TMP Mechanical Systems, Inc.**
PO Box 10388
Trenton, NJ 08650

Date(s) debt was incurred  1/24/17

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VM&K Enterprises, Inc.**
1540 Kuser Road, Suite A-4
Mercerville, NJ 08619

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guarantor on Loan

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Charles D. Whelan, III, Esquire**<br>114 Bayard Street<br>New Brunswick, NJ 08901 | Line  3.1<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 68,940.76 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 68,940.76 |

---

**Fill in this information to identify the case:**

Debtor name   **Massimo's Cafe, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **17-22139**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor Landlord Lease for Real Property and Equipement**<br>**1633 Hamilton Avenue,**<br>**Hamilton, NJ 08629** | |
| | State the term remaining | **18 Months** | **Carlos Costa**<br>**c/o Charles D. Whelan, III, Esquire**<br>**114 Bayard St.**<br>**New Brunswick, NJ 08901** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Massimo's Cafe, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known) **17-22139**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Dominick Mazzella | 111 Albermarie Road Trenton, NJ 08690 | Greenwhich Investors XLVIII REO, LLC | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | Massimo Cafe, Inc. | 1540 Kuser Road Suite A-4 Mercerville, NJ 08619 | Greenwhich Investors XLVIII REO, LLC | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.3 | Massimo Mazzella | 180 Westcott Avenue Trenton, NJ 08609 | Greenwhich Investors XLVIII REO, LLC | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.4 | MOCM, LLC | 1540 Kuser Road Suite A-4 Mercerville, NJ 08619 | Greenwhich Investors XLVIII REO, LLC | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.5 | Salvatore Mazzella | 1540 Kuser Road, Suite A-4 Mercerville, NJ 08619 | Greenwhich Investors XLVIII REO, LLC | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |

Debtor   **Massimo's Cafe, LLC**                    Case number *(if known)*   **17-22139**

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| 2.6 | **Vincenzo Mazzella** | 1540 Kuser Road Suite A-4 Mercerville, NJ 08619 | **Greenwhich Investors XLVIII REO, LLC** | ■ D   2.1 ☐ E/F _____ ☐ G _____ |
| 2.7 | **VM&K Enterprises, Inc.** | 1540 Kuser Road Suite A-4 Mercerville, NJ 08619 | **Greenwhich Investors XLVIII REO, LLC** | ■ D   2.1 ☐ E/F _____ ☐ G _____ |

Fill in this information to identify the case:

Debtor name  **Massimo's Cafe, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **17-22139**

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended Schedule
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 18, 2017          X _____
                                        Signature of individual signing on behalf of debtor

                                        Vincenzo Mazzella
                                        Printed name

                                        _____
                                        Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**United States Bankruptcy Court**
District of New Jersey

In re   Massimo's Cafe, LLC _____   Case No.   17-22139
                              Debtor(s)              Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   July 18, 2017 _____

                          Vincenzo Mazzatin/
                          Signer/Title

**Fill in this information to identify the case:**

Debtor name    **Massimo's Cafe, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **17-22139**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2017** to **Filing Date** | ☐ Operating a business  ■ Other   **Operating a Business** | $13,000.00 |
| **For prior year:** From  **1/01/2016** to **12/31/2016** | ☐ Operating a business  ■ Other   **Operating a Business** | $22,750.00 |
| **For year before that:** From  **1/01/2015** to **12/31/2015** | ■ Operating a business  ☐ Other | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

|  | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount

Debtor    **Massimo's Cafe, LLC**                                             Case number (if known)  **17-22139**

---

may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Greenwich Investors XLVIII Trust 2014-1 v. Massimo's Cafe, LLC, et al** **L-2291-14** | **Judgment** | **Superior Court of New Jersey** **Mercer County** **Law Division** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Greenwich Investors IXVIII Trust 2014-1 v. Massimo's Cafe, LLC, et al.** **F-043372-14** | **Foreclosure** | **Superior Court of New Jersey** **Chancery Division - Mercer County** | ☐ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

Official Form 207                   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   page 2

Debtor    **Massimo's Cafe, LLC**                                    Case number *(if known)*    **17-22139**

---

**Part 5:**    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:**    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Obermayer Rebmann Maxwell & Hippel LLP**<br>**Centre Square West, Suite 3400**<br>**1500 Market Street**<br>**Philadelphia, PA 19103** | | 5/25/17 | $10,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Debtor    **Massimo's Cafe, LLC**                                    Case number *(if known)*    **17-22139**

■ Does not apply

      **Address**                                                    **Dates of occupancy**
                                                **From-To**

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | Massimo's Cafe, LLC | Case number *(if known)* 17-22139 |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■  No.
   ☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | | |
| | | Dates business existed |

---

Debtor    **Massimo's Cafe, LLC**                                    Case number (if known)   **17-22139**

---

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
        ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Civale, Silvestri**<br>**1540 Kuser Road**<br>**Suite A-4**<br>**Mercerville, NJ 08619** | **2013 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Civale, Silverstri**<br>**1540 Kuser Road**<br>**Suite A-4**<br>**Mercerville, NJ 08619** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

    **Name and address**

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐ No
    ■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1  **Vincenzo Mazzella** | **January 2016** | **$126,500.00 - Market** |

Name and address of the person who has possession of inventory records

**Vincenzo Mazzella**
**1540 Kuser Road**
**Suite A-4**
**Mercerville, NJ 08619**

---

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Vincenzo Mazzella** | | **Managing Member** | **100%** |

---

Debtor  **Massimo's Cafe, LLC** _____     Case number *(if known)* **17-22139** _____

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                     Employer identification number of the parent
                                                    corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the parent corporation                     Employer identification number of the parent
                                                    corporation

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 18, 2017

_____     Vincenzo Mazzella
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207)* attached?
■ No
☐ Yes

## United States Bankruptcy Court
### District of New Jersey

In re  Massimo's Cafe, LLC _____  Case No.  17-22139
_____  Debtor(s)  Chapter  11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  July 18, 2017 _____  Signature _____
Vincenzo Mazzella

*Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.*
18 U.S.C. §§ 152 and 3571.

Fill in this information to identify the case:

Debtor name    **Massimo's Cafe, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF NEW JERSEY**

Case number (if known): _____

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Carlos A. Costa 8 Mount Drive Millstone Township, NJ 08535 | | Tenant | Disputed | | | $53,000.00 |
| Climatic LLC 736 Whitehall Road Newfield, NJ 08344 | | Trade debt | | | | $1,147.57 |
| Dominick Mazzella 111 Albermarie Road Trenton, NJ 08690 | | Guarantor on Loan | | | | $0.00 |
| Hovatter, Freidman & Stofman, P.C. 10 Melrose Avenue, Suite 450 Cherry Hill, NJ 08003 | | Services | Disputed | | | $0.00 |
| IRS P.O. Box 7346 Philadelphia, PA 19101 | | Taxes | Disputed | | | $13,318.19 |
| Massimo Mazzella 180 Westcott Avenue Trenton, NJ 08609 | | Guarantor on Loan | | | | $0.00 |
| MOCM, LLC 1540 Kuser Road, Suite A-4 Mercerville, NJ 08619 | | Guarantor on Loan | | | | $0.00 |
| Salvatore Mazzella 1540 Kuser Road, Suite A-4 Mercerville, NJ 08619 | | Guarantor on Loan | | | | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **Massimo's Cafe, LLC**
        Name                                                    Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TMP Mechanical Systems, Inc. PO Box 10388 Trenton, NJ 08650 | | Trade debt | | | | $1,475.00 |
| VM&K Enterprises, Inc. 1540 Kuser Road, Suite A-4 Mercerville, NJ 08619 | | Guarantor on Loan | | | | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)
**Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Woodland Falls Corporate Park
200 Lake Drive East, Suite 110
Cherry Hill, NJ   08002-1171
(856) 795-3300**
*Proposed Attorneys to Debtor*

In Re:

MASSIMO'S CAFE, LLC,

                            Debtor.

Chapter 11

Case No. 17-22139-KCF

## BANKRUPTCY RULE 2016(b) STATEMENT OF ATTORNEY COMPENSATION

Pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2016(b), the

undersigned attorney for Massimo's Cafe, LLC (the "Debtor"), makes this statement setting forth

the compensation paid to the undersigned for services rendered or to be rendered in

contemplation of and in connection with the case by the undersigned, and the source of such

compensation.

1.      On June 13, 2017 (the "Petition Date"), the Debtor filed a voluntary petition for

relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et. seq.* (as

amended, the "Bankruptcy Code").

2.      The firm of Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer") has

agreed to act as counsel on behalf of the Debtor.

5169045

3.     Prior to the Petition Date and in connection with its representation of the Debtor,

Obermayer received $10,000.00 from the Debtor as an advance fee retainer which is in

Obermayer's escrow account as a retainer.

4.     Obermayer has not applied any of the prepetition advance fee retainer which

remains on deposit with Obermayer to be applied to future billings in the bankruptcy case of the

Debtor after approval by the Bankruptcy Court as set forth below.

5.     The Debtor has agreed to pay any additional legal fees to the firm of Obermayer

Rebmann Maxwell & Hippel LLP at the hourly rate of $450.00 - $350.00 per hour for attorneys

and $100.00 per hour for paralegals, pursuant to proper application and final order of the Court

in accordance with In re Busy Beaver Building Center, Inc., 19 F.3d 833 (3d Cir. 1994).

6.     The undersigned has not shared or agreed to share any portion of such

compensation with any other person who is not a member or regular associate of the

undersigned's law firm.

7.     The undersigned has not received any other payment from the Debtor for services

rendered or to be rendered in contemplation of or in connection with the case, and has no other

agreement, except as set out herein.

<div align="center" style="margin-left:40%">

Respectfully submitted,

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

</div>

Dated: July 18, 2017                    By:    s/ Edmond M. George
                                        Edmond M. George, Esquire

                                        *Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)
**Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Woodland Falls Corporate Park
200 Lake Drive East, Suite 110
Cherry Hill, NJ  08002-1171
(856) 795-3300**
*Proposed Attorneys to Debtor*

In Re:

MASSIMO'S CAFE, LLC,

                    Debtor.

Chapter 11

Case No. 17-22139-KCF

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Federal Rules of Bankruptcy Procedure 7007.1, Massimo's Cafe, LLC (the "Debtor") hereby certifies that there is no corporation that directly or indirectly owns a member of the Debtor.  The undersigned further certifies that it shall file a Supplemental Statement of Corporate Ownership promptly upon any change in circumstances that renders this Statement of Corporate Ownership inaccurate.

Massimo's Cafe, LLC

Date:  July 18, 2017            By:  _____ /s/ Vincenzo Mazzella _____
                                      Vincenzo Mazzella
                                      Member of the Board of Managers

5169055