Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  17−22139−KCF
        Chapter:  11
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Massimo's Cafe, LLC
   261 Meadowbrook Road
   Robinsville, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
   20−0493180

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/26/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: July 26, 2017
JAN: ghm

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Massimo's Cafe, LLC  
    Debtor

Case No. 17-22139-KCF  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jul 26, 2017  
                     Form ID: 148     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.

```
db              +Massimo's Cafe, LLC,    261 Meadowbrook Road,    Robinsville, NJ 08691-2563
516952223       +Carlos A. Costa,    8 Mount Drive,    Millstone Township, NJ 08535-1010
516895860       +Carlos A. Costa,    1633 Hamilton Ave.,    Hamilton, NJ 08629,    6 08629-1423
516895861       +Carlos A. Costa,    c/o Francis E. Batcha, Esquire,    Batcha & Batcha, LLC,
                  349 Pennington-Titusville Road,    Pennington, NJ 08534-4104
516952228       +Charles D. Whelan, Ill, Esquire,    114 Bayard Street,    New Brunswick, NJ 08901-1956
516952225       +Climatic LLC,    736 Whitehall Road,    Newfield, NJ 08344-5575
516895853       +Dominick Mazzella,    111 Albermarie Road,    Trenton, NJ 08690-2401
516895850       +Greenwich Investors XLVIII Trust 2014-1,    c/o Michael Kahme, Esquire,    Mark A. Roney, Esquire,
                  Hill Wallack LLP,    21 Roszel Road,    Princeton, NJ 08540-6205
516895851        Greenwich Investors XLVIII Trust 2014-1,    Elizabeth K. Holdren, Esquire,    Hill Wallack LLP,
                  21 Roszel Road,    PO Box 5226,    Princeton, NJ  08543-5226
516895849       +Greenwich Investors XLVIII Trust 2014-1,    PO Box 38,    Prinsburg, MN 56281-0038
516895862       +Hovatter, Friedman & Stofman, P.C.,    Attn: Edward J. Hovatter, Esquire,
                  10 Melrose Avenue, Suite 450,    Cherry Hill, NJ  08003,    5 08003-3696
516895852       +MOCM, LLC,    1540 Kuser Road, Suite A-4,    Mercerville, NJ 08619-3828
516895857       +Massimo Caf, Inc.,    261 Meadowbrook Road,    Robbinsville, NJ 08691-2563
516895858       +Massimo Mazzella,    180 Westcott Avenue,    Trenton, NJ 08610-5722
516895854       +Salvatore Mazzella,    1540 Kuser Road, Suite A-4,    Mercerville, NJ 08619-3828
516895848        State of New Jersey, Department of the Treasury,    Division of Taxation,    Trenton Invest. - A,
                  PO Box 285,    Trenton, NJ 08695-0285
516952227       +TMP Mechanical Systems, Inc.,    PO Box 10388,    Trenton, NJ 08650-3388
516895859       +Township of Hamilton,    Division of Revenue Collection,    2090 Greenwood Avenue,
                  Hamilton, NJ 08609-2312
516895855       +VM&K Enterprises, Inc.,    1540 Kuser Road, Suite A-4,    Mercerville, NJ 08619-3828
516895856       +Vincenzo Mazzella,    261 Meadowbrook Road,    Robbinsville, NJ 08691-2563
516952224        XLVIII REO, LLC,    c/o WMD Asset Mgmt. LLC,    814 AIAN. Ste. 101,
                  Ponte Vedra Beach, FL  32082
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              EDI: IRS.COM Jul 26 2017 22:39:00    Dist Dir of IRS,    Insolvency Function,    PO Box 724,
                  Springfield, NJ  07081-0724
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 26 2017 23:00:40    U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 26 2017 23:00:37    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
                                                                                             TOTAL: 3
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516956790*      +Carlos A. Costa,    8 Mount Drive,    Millstone Township, NJ 08535-1010
516921400*      +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                  Philadelphia, PA 19101-7346
516952226*      +IRS,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                  TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:

         Edmond M. George    on behalf of Debtor    Massimo's Cafe, LLC edmond.george@obermayer.com,
         angela.baglanzis@obermayer.com;njbkr@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Lucille.acello@obermayer.com;elizabeth.o'connell@obermayer.com

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jul 26, 2017
                              Form ID: 148             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Mark A. Roney    on behalf of Creditor    Greenwich Investors XLVII REO, LLC mroney@hillwallack.com, fmansmann@hillwallack.com
        Mark A. Roney    on behalf of Creditor    Greenwich Investors XLVIII Trust 2014-1 mroney@hillwallack.com, fmansmann@hillwallack.com
        Michael Kahme    on behalf of Creditor    Greenwich Investors XLVIII Trust 2014-1 mkahme@hillwallack.com, fmansmann@hillwallack.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 5

Case 17-22139-KCF    Doc 42    Filed 07/28/17    Entered 07/29/17 00:42:13    Desc Imaged
Certificate of Notice    Page 3 of 3